IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-cv-00245 |
| § | |
| GEORGE WALTER AND ALLIANZ § | |
| LIFE INSURANCE COMPANY OF § | |
| NORTH AMERICA, § | |
| § | |
| Defendants. § | |

**PLAINTIFF WELLS FARGO BANK N.A.'S MOTION FOR
DEFAULT JUDGMENT AGAINST DEFENDANT GEORGE WALTER**

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 55(b), respectfully requests entry of a Default Judgment against Defendant GEORGE WALTER ("Walter"), and states:

1. On March 25, 2020, Wells Fargo filed its Original Petition for Interpleader against Walter in this matter [ECF No. 1].[1]

2. Wells Fargo was unable to locate Walter for service of process using reasonable diligence. This Court granted Plaintiff's Motion to Serve Walter by publication and Walter was subsequently served by publication. [See ECF Doc. 7]. The Notice of Filing Publisher's Affidavit and Officer's Return was filed on July 10, 2020 [ECF No. 8].

---

[1] Defendant Allianz Life Insurance Company of North America was also a named Defendant who has timely appeared in this matter and upon entry of the Default will join with Plaintiff in seeking the entry of an Agreed Final Judgment that will be filed separately from this Motion.

1

2

3. Pursuant to the Citation, Walter was required to file a response to the Complaint on or before July 27, 2020.

4. To date, Walter has filed no pleadings or papers in response to Wells Fargo's Complaint.

5. Accordingly, pursuant to Fed. R. Civ. P. 55(b), Wells Fargo moves for a Default Judgment against Walter for failing to timely respond to the Complaint.

6. The basis of this action is that the Plaintiff restrained $21,340.55 in Walter's account (the "Restrained Proceeds"). As a result of Walter's default, Plaintiff respectfully requests that the Court hold that Walter has no interest in the Restrained Proceeds.

WHEREFORE, Plaintiff, Wells Fargo Bank, N.A., respectfully requests that the Court enter a Default Judgment against Walter, find that Walter has no interest in the Restrained Proceeds, and grant such other and further relief as is just and proper.

Dated: August 19, 2020.

Respectfully submitted,

*/s/ Robert J. Palmer*
Robert J. Palmer
Texas Bar No. 24013286
**FOX ROTHSCHILD LLP**
Email: rpalmer@foxrothschild.com
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, TX  75240
Tel. (972) 991-0889/Fax (972) 404-0516
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  This is to certify that on the 19th day of August, 2020, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing pleading has been furnished to all counsel of record electronically via ECF.

                */s/ Robert J. Palmer*
                Robert J. Palmer