IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-cv-00245 |
| § | Judge Mazzant |
| GEORGE WALTER AND ALLIANZ § | |
| LIFE INSURANCE COMPANY OF § | |
| NORTH AMERICA, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Plaintiff Wells Fargo Bank N.A.'s Motion for Default Judgment Against Defendant George Walker (Dkt. #10). The Court finds that Motion should be **GRANTED**. The Summons and Complaint in this action have been duly served upon the Defendant, George Walter ("Walter" or "Defendant"). Said Defendant has failed to plead or otherwise appear in this action. Upon motion of Plaintiff Wells Fargo Bank, N.A. ("Plaintiff"), it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant Walter has no interest in the Restrained Proceeds currently totaling $21,340.55 (the "Restrained Proceeds") in his account;

2. Plaintiff is discharged from all liability to Defendant Walter concerning Plaintiff's obligations related to the Restrained Proceeds;

3. Defendant Walter is enjoined and prohibited from instituting any actions against Plaintiff and/or its agents, affiliates, employees, and servants, regarding the Restrained Proceeds.

4. Plaintiff's costs and reasonable attorneys' fees in bringing this motion shall be paid from the Restrained Proceeds, upon final resolution of this matter.

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice requires the issuance of judgment as requested without delay.

**SIGNED this 15th day of October, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE