## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:20-cv-00245** |
| | § | |
| **GEORGE WALTER AND ALLIANZ** | § | |
| **LIFE INSURANCE COMPANY OF** | § | |
| **NORTH AMERICA,** | § | |
| | § | |
| **Defendants.** | § | |

## AGREED FINAL JUDGMENT

Plaintiff, Wells Fargo Bank, N.A., ("Wells Fargo") and Defendant Allianz Life Insurance Company of North America ("Allianz Life") agree to entry of this Judgment authorizing Wells Fargo to transfer the Restrained Proceeds back to Allianz Life, less the $5,501.40 in attorneys' fees and costs that Wells Fargo has incurred in this matter.

It is therefore, ORDERED, ADJUDGED and DECREED that Wells Fargo shall transfer $21,340.55 as follows:

a) $15,839.15 by wire to Allianz Life; and

b) $5,501.40 to Wells Fargo for the reasonable and necessary attorneys' fees and costs in this matter. Wells Fargo shall execute this transfer within fourteen (14) days of the Court's entry of this Agreed Final Judgment.

**IT IS SO ORDERED.**
**SIGNED this 2nd day of December, 2020.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE